**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SYLINIA JACKSON, on behalf of herself and all other persons similarly situated,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**ROGUE & CO., LLC**<br><br>**Defendant.** | **26-cv-3647 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On May 2, 2026, Plaintiff filed her putative class action complaint. On August 4, 2026, Defendant filed a request for a pre-motion conference regarding an anticipated motion to dismiss. Plaintiff is ordered to respond by October 22, 2026.

**SO ORDERED.**

**Dated: October 20, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**